Booker T. Evans, Jr.
Nevada Bar No. 1209
Joel E. Tasca
Nevada Bar No. 14124
Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: evansb@ballardspahr.com
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY W. HANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMX Finance, LLC dba TITLE MAX OF NEVADA, INC.; TMX Finance of Nevada, Inc.; and TITLEMAX OF NEVADA, INC. d/b/a as TITLEMAX and or TITLEMAX OF NEVADA,<br><br>Defendants. | CASE NO. 2:18-cv-00616-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Jeffrey W. Hanson ("Plaintiff") and defendants TMX Finance, LLC, TitleMax of Nevada, Inc., and TMX Finance of Nevada, Inc. ("Defendants")[1] agree that Defendants have up to and including June 4, 2018 to respond to Plaintiff's Complaint (ECF No. 1), to provide time for the parties to investigate Plaintiff's allegations and, if needed, for Defendants to prepare a response.[2]

---

[1] By filing this Stipulation, Defendants are not waiving any defense, affirmative or otherwise, they may have in this matter.

[2] The current deadline for TMX Finance LLC to respond to the Complaint is May 3, 2018. The current deadline for TitleMax of Nevada, Inc. and TMX Finance of Nevada, Inc. to respond to the Complaint is May 1, 2018.

DMWEST #17703735 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 1ST day of May, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Booker T. Evans, Jr.<br>Nevada Bar No. 1209<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendants* | By: /s/ Matthew I. Knepper<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>(702) 825-6060<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 2, 2018

2

DMWEST #17703735 v1