AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeffrey W. Hanson

          Plaintiff,

v.

Titlemax Of Nevada, Inc., d/b/a Titlemax of Nevada, d/b/a Titlemax

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00616-RFB-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this matter is DISMISSED without prejudice.

Judgment is hereby entered in favor of defendant and against plaintiff.

March 19, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk